IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05cv365

| | | |
|---|---|---|
| JOANNE W. WARD, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| VINCENT A. GRIGGS, Individually and | ) | ORDER |
| As a Henderson County Deputy Sheriff, | ) | |
| and JOHN JOHNSON, Individually and | ) | |
| As a Henderson County Deputy Sheriff, | ) | |
| and FIDELITY AND DEPOSIT | ) | |
| COMPANY OF MARYLAND, | ) | |
| | ) | |
|    Defendants, | ) | |

_____

THIS CAUSE coming on to be heard and being heard before the court's own "Show Cause Order" (#9) and (#11) and it appearing to the court at the call of this matter on for hearing that the plaintiff and the defendants adequately addressed the issues as set forth in the Orders to Show Cause and that those issues have been resolved to the satisfaction of the court.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Orders to Show Cause (#9) and (#11) shall be **DISMISSED**.

Signed: May 14, 2007

_____
Dennis L. Howell
United States Magistrate Judge